# Harrison, Harrison & Associates, Ltd.

65 BROADWAY, 7th Floor
NEW YORK, NY, 10006
DIRECT DIAL (888) 239-4410
FAX (718) 799-9171
nycotlaw@gmail.com

Address all mail to:
110 State Highway 35, 2nd Floor
Red Bank, NJ 07701

June 19, 2018

VIA ECF

Honorable Sidney H. Stein
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    <u>Sanchez et. al. v. JRR Contracting Inc., et. al.,</u> 1:17 CV 9997 (SHS)

Dear Judge Stein:

      Pursuant to this Court's June 11th Order, Plaintiffs Jovanny Sanchez and Fabian Loja ("Plaintiffs") hereby submit the following additional information in support of their joint motion – with Defendants – for the Court's approval of the parties' settlement agreement:

1. Attached hereto as Exhibits "1" and "2" are the Plaintiffs' damages spreadsheets;

2. Attached hereto as Exhibit "3" is Plaintiffs' counsel's timesheets;

3. The purpose of the requirement that Plaintiffs submit to Defendants properly executed W-4 Forms was to enable Defendants to properly figure out how to tax the settlement proceeds. Inasmuch as both Plaintiffs have already submitted these forms to Defendants, this requirement has already been satisfied and there are no further documents required from either Plaintiff.

We thank the Court for its attention to this matter.

                                              Respectfully submitted,
                                              <u>/s/ DAVID HARRISON</u>
                                              David Harrison

cc:    ALL COUNSEL (via ECF)

# EXHIBIT 1

| Week End | Rate | Hours | OT Hours | *OTC Work | 1/2 Time Owed | Straight Time Owed | 1.5 Time Owed | Total Wage | Liquidated Damages | NYLL 195 (1) | NYLL 195(3) | Attys. Fees | Costs | Total Owed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/7/2014 | 18.75 | 40 | 0 | 5 | 0 | 0 | 140.625 | 140.625 | 140.625 | | | | | |
| 1/14/2014 | 18.75 | 40 | 0 | 5 | 0 | 0 | 140.625 | 140.625 | 140.625 | | | | | |
| 1/21/2014 | 18.75 | 40 | 0 | 5 | 0 | 0 | 140.625 | 140.625 | 140.625 | | | | | |
| 1/28/2014 | 18.75 | 40 | 0 | 5 | 0 | 0 | 140.625 | 140.625 | 140.625 | | | | | |
| 2/4/2014 | 18.75 | 40 | 0 | 5 | 0 | 0 | 140.625 | 140.625 | 140.625 | | | | | |
| 2/11/2014 | 18.75 | 40 | 0 | 5 | 0 | 0 | 140.625 | 140.625 | 140.625 | | | | | |
| 2/18/2014 | 18.75 | 40 | 0 | 5 | 0 | 0 | 140.625 | 140.625 | 140.625 | | | | | |
| 2/25/2014 | 18.75 | 40 | 0 | 5 | 0 | 0 | 140.625 | 140.625 | 140.625 | | | | | |
| 3/4/2014 | 18.75 | 40 | 0 | 5 | 0 | 0 | 140.625 | 140.625 | 140.625 | | | | | |
| 3/11/2014 | 18.75 | 40 | 0 | 5 | 0 | 0 | 140.625 | 140.625 | 140.625 | | | | | |
| 3/18/2014 | 18.75 | 40 | 0 | 5 | 0 | 0 | 140.625 | 140.625 | 140.625 | | | | | |
| 3/25/2014 | 18.75 | 40 | 0 | 5 | 0 | 0 | 140.625 | 140.625 | 140.625 | | | | | |
| 4/1/2014 | 18.75 | 30 | 0 | 5 | 0 | 93.75 | 0 | 93.75 | 93.75 | | | | | |
| 4/8/2014 | 18.75 | 40 | 0 | 5 | 0 | 0 | 140.625 | 140.625 | 140.625 | | | | | |
| 4/15/2014 | 18.75 | 32 | 0 | 5 | 0 | 93.75 | 0 | 93.75 | 93.75 | | | | | |
| 4/22/2014 | 18.75 | 32 | 0 | 5 | 0 | 93.75 | 0 | 93.75 | 93.75 | | | | | |
| 4/29/2014 | 18.75 | 40 | 0 | 5 | 0 | 0 | 140.625 | 140.625 | 140.625 | | | | | |
| 5/6/2014 | 18.75 | 32 | 0 | 5 | 0 | 93.75 | 0 | 93.75 | 93.75 | | | | | |
| 5/13/2014 | 18.75 | 40 | 0 | 5 | 0 | 0 | 140.625 | 140.625 | 140.625 | | | | | |
| 5/20/2014 | 18.75 | 40 | 0 | 5 | 0 | 0 | 140.625 | 140.625 | 140.625 | | | | | |
| 5/27/2014 | 18.75 | 40 | 0 | 5 | 0 | 0 | 140.625 | 140.625 | 140.625 | | | | | |
| 6/3/2014 | 18.75 | 40 | 0 | 5 | 0 | 0 | 140.625 | 140.625 | 140.625 | | | | | |
| 6/10/2014 | 18.75 | 24 | 0 | 5 | 0 | 93.75 | 0 | 93.75 | 93.75 | | | | | |
| 6/17/2014 | 18.75 | 16 | 0 | 5 | 0 | 93.75 | 0 | 93.75 | 93.75 | | | | | |
| 6/24/2014 | 18.75 | 40 | 0 | 5 | 0 | 0 | 140.625 | 140.625 | 140.625 | | | | | |
| 7/1/2014 | 18.75 | 40 | 0 | 5 | 0 | 0 | 140.625 | 140.625 | 140.625 | | | | | |
| 7/8/2014 | 18.75 | 40 | 0 | 5 | 0 | 0 | 140.625 | 140.625 | 140.625 | | | | | |
| 7/15/2014 | 18.75 | 40 | 0 | 5 | 0 | 0 | 140.625 | 140.625 | 140.625 | | | | | |
| 7/22/2014 | 18.75 | 40 | 0 | 5 | 0 | 0 | 140.625 | 140.625 | 140.625 | | | | | |
| 7/29/2014 | 20 | 40 | 0 | 5 | 0 | 0 | 150 | 150 | 150 | | | | | |
| 8/5/2014 | 20 | 40 | 0 | 5 | 0 | 0 | 150 | 150 | 150 | | | | | |
| 8/12/2014 | 20 | 45 | 5 | 5 | 50 | 0 | 150 | 200 | 200 | | | | | |
| 8/19/2014 | 20 | 40 | 0 | 5 | 0 | 0 | 150 | 150 | 150 | | | | | |
| 8/26/2014 | 20 | 40 | 0 | 5 | 0 | 0 | 150 | 150 | 150 | | | | | |
| 9/2/2014 | 20 | 32 | 0 | 5 | 0 | 100 | 0 | 100 | 100 | | | | | |
| 9/9/2014 | 20 | 40 | 0 | 5 | 0 | 0 | 150 | 150 | 150 | | | | | |
| 9/16/2014 | 20 | 40 | 0 | 5 | 0 | 0 | 150 | 150 | 150 | | | | | |
| 9/23/2014 | 20 | 40 | 0 | 5 | 0 | 0 | 150 | 150 | 150 | | | | | |
| 9/30/2014 | 20 | 40 | 0 | 5 | 0 | 0 | 150 | 150 | 150 | | | | | |
| 10/7/2014 | 20 | 40 | 0 | 5 | 0 | 0 | 150 | 150 | 150 | | | | | |
| 10/14/2014 | 20 | 40 | 0 | 5 | 0 | 0 | 150 | 150 | 150 | | | | | |
| 10/21/2014 | 20 | 40 | 0 | 5 | 0 | 0 | 150 | 150 | 150 | | | | | |
| 10/28/2014 | 20 | 44 | 4 | 5 | 40 | 0 | 150 | 190 | 190 | | | | | |
| 11/4/2014 | 20 | 50 | 10 | 5 | 100 | 0 | 150 | 250 | 250 | | | | | |
| 11/11/2014 | 20 | 49 | 9 | 5 | 90 | 0 | 150 | 240 | 240 | | | | | |
| 11/18/2014 | 20 | 40 | 0 | 5 | 0 | 0 | 150 | 150 | 150 | | | | | |
| 11/25/2014 | 20 | 48 | 8 | 5 | 80 | 0 | 150 | 230 | 230 | | | | | |
| 12/2/2014 | 20 | 32 | 0 | 5 | 0 | 100 | 0 | 100 | 100 | | | | | |
| 12/9/2014 | 20 | 40 | 0 | 5 | 0 | 0 | 150 | 150 | 150 | | | | | |
| 12/16/2014 | 20 | 48 | 8 | 5 | 80 | 0 | 150 | 230 | 230 | | | | | |
| 12/23/2014 | 20 | 40 | 0 | 5 | 0 | 0 | 150 | 150 | 150 | | | | | |
| 12/30/2014 | 20 | 24 | 0 | 5 | 0 | 100 | 0 | 100 | 100 | | | | | |
| 1/13/2015 | 20 | 8 | 0 | 5 | 0 | 100 | 0 | 100 | 100 | | | | | |
| 1/20/2015 | 20 | 40 | 0 | 5 | 0 | 0 | 150 | 150 | 150 | | | | | |
| 1/27/2015 | 20 | 32 | 0 | 5 | 0 | 100 | 0 | 100 | 100 | | | | | |
| 2/3/2015 | 20 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | |
| 2/10/2015 | 20 | 26 | 0 | 5 | 0 | 100 | 0 | 100 | 100 | | | | | |
| 2/17/2015 | 20 | 52 | 12 | 5 | 120 | 0 | 150 | 270 | 270 | | | | | |
| 2/24/2015 | 20 | 24 | 0 | 5 | 0 | 100 | 0 | 100 | 100 | | | | | |
| 3/3/2015 | 20 | 48 | 0 | 5 | 0 | 0 | 150 | 150 | 150 | | | | | |
| 3/10/2015 | 20 | 24 | 0 | 5 | 0 | 100 | 0 | 100 | 100 | | | | | |
| 3/17/2015 | 20 | 40 | 0 | 5 | 0 | 0 | 150 | 150 | 150 | | | | | |
| 3/24/2015 | 20 | 40 | 0 | 5 | 0 | 0 | 150 | 150 | 150 | | | | | |
| 3/31/2015 | 20 | 52 | 12 | 5 | 120 | 0 | 150 | 270 | 270 | | | | | |
| 4/7/2015 | 20 | 64 | 24 | 5 | 240 | 0 | 150 | 390 | 390 | | | | | |
| 4/14/2015 | 20 | 40 | 0 | 5 | 0 | 0 | 150 | 150 | 150 | | | | | |
| 4/21/2015 | 21.25 | 40 | 0 | 5 | 0 | 0 | 159.375 | 159.375 | 159.375 | | | | | |
| 4/28/2015 | 21.25 | 41 | 0 | 5 | 0 | 0 | 159.375 | 159.375 | 159.375 | | | | | |
| 5/5/2015 | 21.25 | 49 | 0 | 5 | 0 | 0 | 159.375 | 159.375 | 159.375 | | | | | |
| 5/12/2015 | 21.25 | 49 | 0 | 5 | 0 | 0 | 159.375 | 159.375 | 159.375 | | | | | |
| 5/19/2015 | 21.25 | 52 | 0 | 5 | 0 | 0 | 159.375 | 159.375 | 159.375 | | | | | |
| 5/26/2015 | 21.25 | 35 | 0 | 5 | 0 | 106.25 | 0 | 106.25 | 106.25 | | | | | |
| 6/2/2015 | 21.25 | 47 | 0 | 5 | 0 | 0 | 159.375 | 159.375 | 159.375 | | | | | |
| 6/9/2015 | 21.25 | 58 | 8 | 5 | 85 | 0 | 159.375 | 244.375 | 244.375 | | | | | |
| 6/16/2015 | 21.25 | 46 | 6 | 5 | 63.75 | 0 | 159.375 | 223.125 | 223.125 | | | | | |

| Date | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 6/23/2015 | 21.25 | 40 | 0 | 5 | 0 | 0 | 159.375 | 159.375 | 159.375 |
| 6/30/2015 | 21.25 | 40 | 0 | 5 | 0 | 0 | 159.375 | 159.375 | 159.375 |
| 7/7/2015 | 21.25 | 48 | 8 | 5 | 85 | 0 | 159.375 | 244.375 | 244.375 |
| 7/14/2015 | 21.25 | 56 | 16 | 5 | 170 | 0 | 159.375 | 329.375 | 329.375 |
| 7/21/2015 | 21.25 | 40 | 0 | 5 | 0 | 0 | 159.375 | 159.375 | 159.375 |
| 7/28/2015 | 21.25 | 49 | 9 | 5 | 95.625 | 0 | 159.375 | 255 | 255 |
| 8/4/2015 | 21.25 | 40 | 0 | 5 | 0 | 0 | 159.375 | 159.375 | 159.375 |
| 8/11/2015 | 21.25 | 35 | 0 | 5 | 0 | 106.25 | 0 | 106.25 | 106.25 |
| 8/18/2015 | 21.25 | 45 | 5 | 5 | 53.125 | 0 | 159.375 | 212.5 | 212.5 |
| 9/1/2015 | 21.25 | 48 | 8 | 5 | 85 | 0 | 159.375 | 244.375 | 244.375 |
| 9/8/2015 | 21.25 | 32 | 0 | 5 | 0 | 106.25 | 0 | 106.25 | 106.25 |
| 9/15/2015 | 21.25 | 38 | 0 | 5 | 0 | 106.25 | 0 | 106.25 | 106.25 |
| 9/22/2015 | 21.25 | 40 | 0 | 5 | 0 | 0 | 159.375 | 159.375 | 159.375 |
| 9/29/2015 | 21.25 | 40 | 0 | 5 | 0 | 0 | 159.375 | 159.375 | 159.375 |
| 10/6/2015 | 21.25 | 24 | 0 | 5 | 0 | 106.25 | 0 | 106.25 | 106.25 |
| 10/13/2015 | 21.25 | 48 | 8 | 5 | 85 | 0 | 159.375 | 244.375 | 244.375 |
| 10/20/2015 | 21.25 | 50 | 10 | 5 | 106.25 | 0 | 159.375 | 265.625 | 265.625 |
| 10/27/2015 | 21.25 | 53 | 13 | 5 | 138.125 | 0 | 159.375 | 297.5 | 297.5 |
| 11/3/2015 | 22.5 | 40 | 0 | 5 | 0 | 0 | 168.75 | 168.75 | 168.75 |
| 11/10/2015 | 22.5 | 48 | 8 | 5 | 90 | 0 | 168.75 | 258.75 | 258.75 |
| 11/17/2015 | 22.5 | 32 | 0 | 5 | 0 | 112.5 | 0 | 112.5 | 112.5 |
| 11/24/2015 | 22.5 | 57 | 17 | 5 | 191.25 | 0 | 168.75 | 360 | 360 |
| 12/1/2015 | 22.5 | 39 | 0 | 5 | 0 | 22.5 | 135 | 157.5 | 157.5 |
| 12/8/2015 | 22.5 | 40 | 0 | 5 | 0 | 0 | 168.75 | 168.75 | 168.75 |
| 12/15/2015 | 22.5 | 60 | 20 | 5 | 225 | 0 | 168.75 | 393.75 | 393.75 |
| 12/22/2015 | 22.5 | 40 | 0 | 5 | 0 | 0 | 168.75 | 168.75 | 168.75 |
| 12/29/2015 | 22.5 | 32 | 0 | 5 | 0 | 112.5 | 0 | 112.5 | 112.5 |
| 1/5/2016 | 22.5 | 24 | 0 | 5 | 0 | 112.5 | 0 | 112.5 | 112.5 |
| 1/12/2016 | 22.5 | 40 | 0 | 5 | 0 | 0 | 168.75 | 168.75 | 168.75 |
| 1/19/2016 | 22.5 | 24 | 0 | 5 | 0 | 112.5 | 0 | 112.5 | 112.5 |
| 1/26/2016 | 22.5 | 32 | 0 | 5 | 0 | 112.5 | 0 | 112.5 | 112.5 |
| 2/2/2016 | 22.5 | 40 | 0 | 5 | 0 | 0 | 168.75 | 168.75 | 168.75 |
| 2/9/2016 | 22.5 | 24 | 0 | 5 | 0 | 112.5 | 0 | 112.5 | 112.5 |
| 2/16/2016 | 22.5 | 40 | 0 | 5 | 0 | 0 | 168.75 | 168.75 | 168.75 |
| 2/23/2016 | 22.5 | 44 | 4 | 5 | 45 | 0 | 168.75 | 213.75 | 213.75 |
| 3/1/2016 | 22.5 | 40 | 0 | 5 | 0 | 0 | 168.75 | 168.75 | 168.75 |
| 3/8/2016 | 22.5 | 48 | 8 | 5 | 90 | 0 | 168.75 | 258.75 | 258.75 |
| 3/15/2016 | 22.5 | 40 | 0 | 5 | 0 | 0 | 168.75 | 168.75 | 168.75 |
| 3/22/2016 | 22.5 | 40 | 0 | 5 | 0 | 0 | 168.75 | 168.75 | 168.75 |
| 3/29/2016 | 22.5 | 32 | 0 | 5 | 0 | 112.5 | 0 | 112.5 | 112.5 |
| 4/5/2016 | 22.5 | 40 | 0 | 5 | 0 | 0 | 168.75 | 168.75 | 168.75 |
| 4/12/2016 | 22.5 | 40 | 0 | 5 | 0 | 0 | 168.75 | 168.75 | 168.75 |
| 4/19/2016 | 22.5 | 40 | 0 | 5 | 0 | 0 | 168.75 | 168.75 | 168.75 |
| 4/26/2016 | 22.5 | 40 | 0 | 5 | 0 | 0 | 168.75 | 168.75 | 168.75 |
| 5/3/2016 | 22.5 | 34 | 0 | 5 | 0 | 112.5 | 0 | 112.5 | 112.5 |
| 5/10/2016 | 22.5 | 40 | 0 | 5 | 0 | 0 | 168.75 | 168.75 | 168.75 |
| 5/17/2016 | 22.5 | 48 | 8 | 5 | 90 | 0 | 168.75 | 258.75 | 258.75 |
| 5/24/2016 | 22.5 | 32 | 0 | 5 | 0 | 112.5 | 0 | 112.5 | 112.5 |
| 5/31/2016 | 22.5 | 32 | 0 | 5 | 0 | 112.5 | 0 | 112.5 | 112.5 |
| 6/7/2016 | 22.5 | 36 | 0 | 5 | 0 | 112.5 | 0 | 112.5 | 112.5 |
| 6/14/2016 | 22.5 | 49 | 9 | 5 | 101.25 | 0 | 168.75 | 270 | 270 |
| 6/21/2016 | 22.5 | 42 | 2 | 5 | 22.5 | 0 | 168.75 | 191.25 | 191.25 |
| 6/28/2016 | 22.5 | 42 | 2 | 5 | 22.5 | 0 | 168.75 | 191.25 | 191.25 |
| 7/5/2016 | 22.5 | 32 | 0 | 5 | 0 | 112.5 | 0 | 112.5 | 112.5 |
| 7/12/2016 | 22.5 | 40 | 0 | 5 | 0 | 0 | 168.75 | 168.75 | 168.75 |
| 7/19/2016 | 25 | 48 | 8 | 5 | 100 | 0 | 187.5 | 287.5 | 287.5 |
| 7/26/2016 | 25 | 48 | 8 | 5 | 100 | 0 | 187.5 | 287.5 | 287.5 |
| 8/2/2016 | 25 | 32 | 0 | 5 | 0 | 125 | 0 | 125 | 125 |
| 8/9/2016 | 25 | 40 | 0 | 5 | 0 | 0 | 187.5 | 187.5 | 187.5 |
| 8/23/2016 | 25 | 40 | 0 | 5 | 0 | 0 | 187.5 | 187.5 | 187.5 |
| 8/30/2016 | 25 | 40 | 0 | 5 | 0 | 0 | 187.5 | 187.5 | 187.5 |
| 9/6/2016 | 25 | 32 | 0 | 5 | 0 | 125 | 0 | 125 | 125 |
| 9/13/2016 | 25 | 56 | 16 | 5 | 200 | 0 | 187.5 | 387.5 | 387.5 |
| 9/20/2016 | 25 | 40 | 0 | 5 | 0 | 0 | 187.5 | 187.5 | 187.5 |
| 9/27/2016 | 25 | 32 | 0 | 5 | 0 | 125 | 0 | 125 | 125 |
| 10/4/2016 | 25 | 40 | 0 | 5 | 0 | 0 | 187.5 | 187.5 | 187.5 |
| 10/11/2016 | 25 | 40 | 0 | 5 | 0 | 0 | 187.5 | 187.5 | 187.5 |
| 10/18/2016 | 25 | 33 | 0 | 5 | 0 | 125 | 0 | 125 | 125 |
| 10/25/2016 | 25 | 32 | 0 | 5 | 0 | 125 | 0 | 125 | 125 |
| 11/1/2016 | 25 | 49 | 9 | 5 | 112.5 | 0 | 187.5 | 300 | 300 |
| 11/8/2016 | 25 | 48 | 8 | 5 | 100 | 0 | 187.5 | 287.5 | 287.5 |
| 11/15/2016 | 25 | 40 | 0 | 5 | 0 | 0 | 187.5 | 187.5 | 187.5 |
| 11/22/2016 | 25 | 64 | 24 | 5 | 300 | 0 | 187.5 | 487.5 | 487.5 |
| 11/29/2016 | 25 | 40 | 0 | 5 | 0 | 0 | 187.5 | 187.5 | 187.5 |
| 12/6/2016 | 25 | 32 | 0 | 5 | 0 | 125 | 0 | 125 | 125 |
| 12/13/2016 | 25 | 40 | 0 | 5 | 0 | 0 | 187.5 | 187.5 | 187.5 |
| 12/20/2016 | 25 | 40 | 0 | 5 | 0 | 0 | 187.5 | 187.5 | 187.5 |

| Date | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/27/2016 | 25 | 32 | 0 | 5 | 0 | 125 | 0 | 125 | 125 | | | |
| 1/3/2017 | 25 | 30 | 0 | 5 | 0 | 125 | 0 | 125 | 125 | | | |
| 1/10/2017 | 25 | 40 | 0 | 5 | 0 | 0 | 187.5 | 187.5 | 187.5 | | | |
| 1/17/2017 | 25 | 40 | 0 | 5 | 0 | 0 | 187.5 | 187.5 | 187.5 | | | |
| 1/24/2017 | 25 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | |
| 1/31/2017 | 25 | 40 | 0 | 5 | 0 | 0 | 187.5 | 187.5 | 187.5 | | | |
| 2/7/2017 | 25 | 40 | 0 | 5 | 0 | 0 | 187.5 | 187.5 | 187.5 | | | |
| 2/14/2017 | 25 | 54 | 14 | 5 | 175 | 0 | 187.5 | 362.5 | 362.5 | | | |
| 2/21/2017 | 25 | 32 | 0 | 5 | 0 | 125 | 0 | 125 | 125 | | | |
| 2/28/2017 | 25 | 48 | 8 | 5 | 100 | 0 | 187.5 | 287.5 | 287.5 | | | |
| 3/7/2017 | 25 | 57 | 17 | 5 | 212.5 | 0 | 187.5 | 400 | 400 | | | |
| 3/14/2017 | 25 | 50 | 10 | 5 | 125 | 0 | 187.5 | 312.5 | 312.5 | | | |
| 3/21/2017 | 25 | 32 | 0 | 5 | 0 | 125 | 0 | 125 | 125 | | | |
| 3/28/2017 | 25 | 31 | 0 | 5 | 0 | 125 | 0 | 125 | 125 | | | |
| 4/4/2017 | 25 | 32 | 0 | 5 | 0 | 125 | 0 | 125 | 125 | | | |
| 4/11/2017 | 25 | 48 | 8 | 5 | 100 | 0 | 187.5 | 287.5 | 287.5 | | | |
| 4/18/2017 | 25 | 43 | 3 | 5 | 37.5 | 0 | 187.5 | 225 | 225 | | | |
| 4/25/2017 | 25 | 43 | 3 | 5 | 37.5 | 0 | 187.5 | 225 | 225 | | | |
| 5/2/2017 | 25 | 42 | 2 | 5 | 25 | 0 | 187.5 | 212.5 | 212.5 | | | |
| 5/9/2017 | 25 | 48 | 8 | 5 | 100 | 0 | 187.5 | 287.5 | 287.5 | | | |
| 5/16/2017 | 25 | 45 | 5 | 5 | 62.5 | 0 | 187.5 | 250 | 250 | | | |
| 5/23/2017 | 25 | 42 | 2 | 5 | 25 | 0 | 187.5 | 212.5 | 212.5 | | | |
| 5/30/2017 | 25 | 40 | 0 | 5 | 0 | 0 | 187.5 | 187.5 | 187.5 | | | |
| 6/6/2017 | 25 | 55 | 15 | 5 | 187.5 | 0 | 187.5 | 375 | 375 | | | |
| 6/13/2017 | 25 | 40 | 0 | 5 | 0 | 0 | 187.5 | 187.5 | 187.5 | | | |
| 6/20/2017 | 25 | 33 | 0 | 5 | 0 | 125 | 0 | 125 | 125 | | | |
| 6/27/2017 | 25 | 32 | 0 | 5 | 0 | 125 | 0 | 125 | 125 | | | |
| 7/4/2017 | 25 | 24 | 0 | 5 | 0 | 125 | 0 | 125 | 125 | | | |
| 7/11/2017 | 25 | 40 | 0 | 5 | 0 | 0 | 187.5 | 187.5 | 187.5 | | | |
| 7/18/2017 | 25 | 48 | 8 | 5 | 100 | 0 | 187.5 | 287.5 | 287.5 | | | |
| 7/25/2017 | 25 | 49 | 9 | 5 | 112.5 | 0 | 187.5 | 300 | 300 | | | |
| 8/1/2017 | 25 | 41 | 1 | 5 | 12.5 | 0 | 187.5 | 200 | 200 | | | |
| 8/8/2017 | 25 | 36 | 0 | 5 | 0 | 125 | 0 | 125 | 125 | | | |
| 8/15/2017 | 25 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | |
| 8/22/2017 | 25 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | |
| 8/29/2017 | 25 | 32 | 0 | 5 | 0 | 125 | 0 | 125 | 125 | | | |
| 9/5/2017 | 25 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | |
| 9/12/2017 | 25 | 40 | 0 | 5 | 0 | 0 | 75 | 75 | 75 | | | |
| totals | | | | 925 | 5089.375 | 5391.25 | 22325.63 | 32806.25 | 32806.25 | 5000 | 5000 | 75612.5 |

*(i) Sanchez regularly arrived at job site and started working 30 min early each day (See ¶ 40 of Complaint) and, (ii) worked from home for 30 minutes each day (See ¶ 42 of Complaint) for a total of 5 additional hours off the clock per week.

# EXHIBIT 2

| Week End | Rate | Hours | OT Hours | *OTC Work | 1/2 Time Owed | Straight Time Owed | 1.5 Time Owed | Total Wage | Liquidated Damages | NYLL 195 (1) | NYLL 195(3) | Attys. Fees | Costs | Total Owed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9/27/2016 | 21 | 40 | 0 | 3 | 0 | 0 | 94.5 | 63 | 94.5 | | | | | |
| 10/4/2016 | 21 | 36 | 0 | 3 | 0 | 63 | 0 | 42 | 63 | | | | | |
| 10/11/2016 | 21 | 40 | 0 | 3 | 0 | 0 | 94.5 | 63 | 94.5 | | | | | |
| 10/18/2016 | 21 | 49 | 9 | 3 | 94.5 | 0 | 94.5 | 189 | 189 | | | | | |
| 10/25/2016 | 21 | 48 | 8 | 3 | 84 | 0 | 94.5 | 178.5 | 178.5 | | | | | |
| 11/1/2016 | 21 | 40 | 0 | 3 | 0 | 0 | 94.5 | 94.5 | 94.5 | | | | | |
| 11/8/2016 | 21 | 48 | 8 | 3 | 84 | 0 | 94.5 | 178.5 | 178.5 | | | | | |
| 11/15/2016 | 21 | 26 | 0 | 3 | 0 | 63 | 0 | 63 | 63 | | | | | |
| 11/22/2016 | 21 | 40 | 0 | 3 | 0 | 0 | 94.5 | 94.5 | 94.5 | | | | | |
| 11/29/2016 | 21 | 16 | 0 | 3 | 0 | 63 | 0 | 63 | 63 | | | | | |
| 12/6/2016 | 21 | 32 | 0 | 3 | 0 | 63 | 0 | 63 | 63 | | | | | |
| 12/13/2016 | 21 | 32 | 0 | 3 | 0 | 63 | 0 | 63 | 63 | | | | | |
| 12/20/2016 | 21 | 32 | 0 | 3 | 0 | 63 | 0 | 63 | 63 | | | | | |
| 12/27/2016 | 21 | 40 | 0 | 3 | 0 | 0 | 94.5 | 94.5 | 94.5 | | | | | |
| 1/3/2017 | 21 | 24 | 0 | 3 | 0 | 63 | 0 | 63 | 63 | | | | | |
| 1/10/2017 | 21 | 20 | 0 | 3 | 0 | 63 | 0 | 63 | 63 | | | | | |
| 1/17/2017 | 21 | 36 | 0 | 3 | 0 | 63 | 0 | 63 | 63 | | | | | |
| 1/24/2017 | 21 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | |
| 1/31/2017 | 21 | 40 | 0 | 3 | 0 | 0 | 94.5 | 94.5 | 94.5 | | | | | |
| 2/7/2017 | 21 | 40 | 0 | 3 | 0 | 0 | 94.5 | 94.5 | 94.5 | | | | | |
| 2/14/2017 | 21 | 45 | 5 | 3 | 52.5 | 0 | 94.5 | 147 | 147 | | | | | |
| 2/21/2017 | 21 | 40 | 0 | 3 | 0 | 0 | 94.5 | 94.5 | 94.5 | | | | | |
| 2/28/2017 | 21 | 48 | 8 | 3 | 84 | 0 | 94.5 | 178.5 | 178.5 | | | | | |
| 3/7/2017 | 21 | 50 | 10 | 3 | 105 | 0 | 94.5 | 199.5 | 199.5 | | | | | |
| 3/14/2017 | 21 | 32 | 0 | 3 | 0 | 63 | 0 | 63 | 63 | | | | | |
| 3/21/2017 | 21 | 32 | 0 | 3 | 0 | 63 | 0 | 63 | 63 | | | | | |
| 3/28/2017 | 21 | 32 | 0 | 3 | 0 | 63 | 0 | 63 | 63 | | | | | |
| 4/4/2017 | 21 | 32 | 0 | 3 | 0 | 63 | 0 | 63 | 63 | | | | | |
| 4/11/2017 | 21 | 40 | 0 | 3 | 0 | 0 | 94.5 | 94.5 | 94.5 | | | | | |
| 4/18/2017 | 21 | 42 | 0 | 3 | 0 | 0 | 94.5 | 94.5 | 94.5 | | | | | |
| 4/25/2017 | 21 | 40 | 0 | 3 | 0 | 0 | 94.5 | 94.5 | 94.5 | | | | | |
| 5/2/2017 | 21 | 40 | 0 | 3 | 0 | 0 | 94.5 | 94.5 | 94.5 | | | | | |
| 5/9/2017 | 21 | 44 | 0 | 3 | 0 | 0 | 94.5 | 94.5 | 94.5 | | | | | |
| 5/16/2017 | 21 | 48 | 0 | 3 | 0 | 0 | 94.5 | 94.5 | 94.5 | | | | | |
| 5/23/2017 | 21 | 37 | 0 | 3 | 0 | 63 | 0 | 63 | 63 | | | | | |
| 5/30/2017 | 21 | 39 | 0 | 3 | 0 | 21 | 31.5 | 52.5 | 52.5 | | | | | |
| 6/6/2017 | 21 | 54 | 14 | 3 | 147 | 0 | 94.5 | 241.5 | 241.5 | | | | | |
| 6/13/2017 | 21 | 49 | 9 | 3 | 94.5 | 0 | 94.5 | 189 | 189 | | | | | |
| 6/20/2017 | 21 | 40 | 0 | 3 | 0 | 0 | 94.5 | 94.5 | 94.5 | | | | | |
| 6/27/2017 | 21 | 41 | 1 | 3 | 10.5 | 0 | 94.5 | 105 | 105 | | | | | |
| 7/4/2017 | 21 | 40 | 0 | 3 | 0 | 0 | 94.5 | 94.5 | 94.5 | | | | | |
| 7/11/2017 | 21 | 28 | 0 | 3 | 0 | 63 | 94.5 | 157.5 | 157.5 | | | | | |
| 7/18/2017 | 21 | 48 | 8 | 3 | 84 | 0 | 94.5 | 178.5 | 178.5 | | | | | |
| 7/25/2017 | 21 | 48 | 8 | 3 | 84 | 0 | 94.5 | 178.5 | 178.5 | | | | | |
| 8/1/2017 | 21 | 40 | 0 | 3 | 0 | 0 | 94.5 | 94.5 | 94.5 | | | | | |
| 8/8/2017 | 21 | 32 | 0 | 3 | 0 | 63 | 0 | 63 | 63 | | | | | |
| 8/15/2017 | 21 | 38 | 0 | 3 | 0 | 63 | 0 | 63 | 63 | | | | | |
| 8/22/2017 | 21 | 36 | 0 | 3 | 0 | 63 | 0 | 63 | 63 | | | | | |
| 8/29/2017 | 21 | 40 | 0 | 3 | 0 | 0 | 63 | 63 | 63 | | | | | |
| 9/5/2017 | 21 | 32 | 0 | 3 | 0 | 63 | 0 | 63 | 63 | | | | | |
| 9/12/2017 | 21 | 48 | 8 | 3 | 84 | 0 | 94.5 | 178.5 | 178.5 | | | | | |
| 9/19/2017 | 22 | 48 | 8 | 3 | 88 | 0 | 99 | 187 | 187 | | | | | |
| 9/26/2017 | 22 | 40 | 0 | 3 | 0 | 0 | 99 | 99 | 99 | | | | | |
| 10/3/2017 | 22 | 40 | 0 | 3 | 0 | 0 | 99 | 99 | 99 | | | | | |
| 10/10/2017 | 22 | 32 | 0 | 3 | 0 | 66 | 0 | 66 | 66 | | | | | |
| 10/17/2017 | 22 | 44 | 4 | 3 | 44 | 0 | 99 | 143 | 143 | | | | | |
| 10/24/2017 | 22 | 8 | 0 | 3 | 0 | 66 | 0 | 66 | 66 | | | | | |
| Totals | | 2146 | 108 | 168 | 1140 | 1350 | 3325.5 | 5816 | 5815.5 | 5000 | 5000 | | | 21631 |

*(i) Worked through Lunch one day a week (See ¶ 39 of Complaint), and (ii) regularly arrived at job site and started working 30 min early each day (See ¶ 40 of Complaint), for a total of 3 additional hours off the clock per week.

# EXHIBIT 3

## Harrison Harrison & Associates

**110 State Highway 35, 2nd Floor**

**Red Bank, NJ 07701**

**Ph : 888-239-4410, Fax : 718-799-9171**

### User Entry Report from 05/21/2017 to 06/19/2018

| Date | Matter | Activity | Description | Labor | Total | Rate | Billable | Inv # | Amount |
|---|---|---|---|---|---|---|---|---|---|
| **Client : JRR Contracting** | | | | | | | | | |
| **User : DAVID HARRISON** | | | | | | | | | |
| 10/31/17 | Non Matter Related | Correspondence | emails to/from E.Chan | 0.20 | 0.20 | 450.00 Hr | Yes | | $90.00 |
| 11/01/17 | Non Matter Related | Meeting | phone meeting w/ CL & E.Chan | 1.00 | 1.00 | 450.00 Hr | Yes | | $450.00 |
| 11/01/17 | Non Matter Related | Correspondence | emails re: CL meeting | 0.10 | 0.10 | 450.00 Hr | Yes | | $45.00 |
| 11/01/17 | Non Matter Related | Correspondence | emails to/from E.Chan | 0.20 | 0.20 | 450.00 Hr | Yes | | $90.00 |
| 11/02/17 | Non Matter Related | Correspondence | emails | 0.20 | 0.20 | 450.00 Hr | Yes | | $90.00 |
| 11/06/17 | Non Matter Related | Other | revw'd file, prep for CL meeting | 0.30 | 0.30 | 450.00 Hr | Yes | | $135.00 |
| 11/07/17 | Non Matter Related | Correspondence | email EC | 0.10 | 0.10 | 450.00 Hr | Yes | | $45.00 |
| 11/07/17 | Non Matter Related | Review | revw'd file, email JS re: CL meeting | 0.20 | 0.20 | 450.00 Hr | Yes | | $90.00 |
| 11/07/17 | Non Matter Related | Consulting | conf. JS re: CL meeting | 0.20 | 0.20 | 450.00 Hr | Yes | | $90.00 |
| 11/08/17 | Non Matter Related | Correspondence | emails from/to EC | 0.20 | 0.20 | 450.00 Hr | Yes | | $90.00 |
| 11/08/17 | Non Matter Related | Consulting | conf. JS | 0.40 | 0.40 | 450.00 Hr | Yes | | $180.00 |
| 11/12/17 | Non Matter Related | Review | revw'd file, email JS | 0.20 | 0.20 | 450.00 Hr | Yes | | $90.00 |
| 11/12/17 | Non Matter Related | Correspondence | emails | 0.10 | 0.10 | 450.00 Hr | Yes | | $45.00 |
| 11/12/17 | Non Matter Related | Consulting | conf. JS | 0.10 | 0.10 | 450.00 Hr | Yes | | $45.00 |
| 11/13/17 | Non Matter Related | Correspondence | emails | 0.20 | 0.20 | 450.00 Hr | Yes | | $90.00 |
| 11/13/17 | Non Matter Related | Correspondence | emails | 0.20 | 0.20 | 450.00 Hr | Yes | | $90.00 |
| 11/20/17 | Non Matter Related | Correspondence | CONF. MH re: draft complaint | 0.20 | 0.20 | 450.00 Hr | Yes | | $90.00 |
| 11/23/17 | Non Matter Related | Draft | revw'd file, draft complaint, revw'd summons & cv. cvr. sheet, emails re: same | 1.50 | 1.50 | 450.00 Hr | Yes | | $675.00 |
| 11/26/17 | Non Matter Related | Correspondence | revw'd edits to complaint, emails re: same | 0.40 | 0.40 | 450.00 Hr | Yes | | $180.00 |
| 12/18/17 | Non Matter Related | Review | revw'd file, draft complaint | 0.40 | 0.40 | 450.00 Hr | Yes | | $180.00 |
| 12/19/17 | Non Matter Related | Consulting | conf. BF re: consent forms | 0.10 | 0.10 | 450.00 Hr | Yes | | $45.00 |
| 12/19/17 | Non Matter Related | Review | revw'd & edits to summons & civil cvr. sheet & consent forms (ex. a), finalized same for filing | 0.30 | 0.30 | 450.00 Hr | Yes | | $135.00 |
| 12/21/17 | Non Matter Related | Other | revw'd & finalized & ecf filed complaint & initiating docs | 0.50 | 0.50 | 450.00 Hr | Yes | | $225.00 |
| 12/21/17 | Non Matter Related | Correspondence | email translator | 0.10 | 0.10 | 450.00 Hr | Yes | | $45.00 |
| 12/21/17 | Non Matter Related | Fed. Crt. Filing Fee | filing fee | 0.00 | 1.00 | 400.00 Exp | | | $400.00 |
| 12/22/17 | Non Matter Related | Correspondence | ecf emails | 0.10 | 0.10 | 450.00 Hr | Yes | | $45.00 |

| Date | Matter | Activity | Description | Labor | Total | Rate | Billable | Inv # | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 12/22/17 | Non Matter Related | Correspondence | ecf email, revw'd summons | 0.10 | 0.10 | 450.00 Hr | Yes | | $45.00 |
| 12/22/17 | Non Matter Related | Consulting | email from Edilma | 0.10 | 0.10 | 450.00 Hr | Yes | | $45.00 |
| 12/27/17 | Non Matter Related | Correspondence | email Edilma | 0.10 | 0.10 | 450.00 Hr | Yes | | $45.00 |
| 01/02/18 | Non Matter Related | Correspondence | email from EC | 0.10 | 0.10 | 450.00 Hr | Yes | | $45.00 |
| 01/09/18 | Non Matter Related | Review | revw'd file, emails to/from EC, internet research on Def's addresses, revw'd Acris & DOS filings | 0.50 | 0.50 | 450.00 Hr | Yes | | $225.00 |
| 01/10/18 | Non Matter Related | Correspondence | emails | 0.20 | 0.20 | 450.00 Hr | Yes | | $90.00 |
| 01/10/18 | Non Matter Related | Correspondence | email process server | 0.10 | 0.10 | 450.00 Hr | Yes | | $45.00 |
| 01/10/18 | Non Matter Related | Correspondence | ecf email | 0.10 | 0.10 | 450.00 Hr | Yes | | $45.00 |
| 01/10/18 | Non Matter Related | Phone Call | tel. process server | 0.10 | 0.10 | 450.00 Hr | Yes | | $45.00 |
| 01/11/18 | Non Matter Related | Correspondence | emails from/to process server | 0.20 | 0.20 | 450.00 Hr | Yes | | $90.00 |
| 01/16/18 | Non Matter Related | Correspondence | email | 0.10 | 0.10 | 450.00 Hr | Yes | | $45.00 |
| 01/18/18 | Non Matter Related | Phone Call | tel. Def's counsel | 0.10 | 0.10 | 450.00 Hr | Yes | | $45.00 |
| 01/18/18 | Non Matter Related | Phone Call | tel. Def's counsel | 0.10 | 0.10 | 450.00 Hr | Yes | | $45.00 |
| 01/18/18 | Non Matter Related | Research | research on opposing counsel | 0.20 | 0.20 | 450.00 Hr | Yes | | $90.00 |
| 01/18/18 | Non Matter Related | Correspondence | email E.Chan re: CL update | 0.10 | 0.10 | 450.00 Hr | Yes | | $45.00 |
| 01/22/18 | Non Matter Related | Review | revw'd & signed stip, emails re: same | 0.20 | 0.20 | 450.00 Hr | Yes | | $90.00 |
| 01/22/18 | Non Matter Related | Review | revw'd Judge Stein's IR | 0.10 | 0.10 | 450.00 Hr | Yes | | $45.00 |
| 01/22/18 | Non Matter Related | Correspondence | email Def's counsel | 0.10 | 0.10 | 450.00 Hr | Yes | | $45.00 |
| 01/22/18 | Non Matter Related | Correspondence | emails | 0.10 | 0.10 | 450.00 Hr | Yes | | $45.00 |
| 01/29/18 | Non Matter Related | Correspondence | ecf email | 0.10 | 0.10 | 450.00 Hr | Yes | | $45.00 |
| 02/04/18 | Non Matter Related | Correspondence | emails to/from translator w/ updates for CLs | 0.20 | 0.20 | 450.00 Hr | Yes | | $90.00 |
| 02/08/18 | Non Matter Related | Correspondence | emails | 0.20 | 0.20 | 450.00 Hr | Yes | | $90.00 |
| 02/13/18 | Non Matter Related | Phone Call | tel. Def's counsel | 0.10 | 0.10 | 450.00 Hr | Yes | | $45.00 |
| 02/13/18 | Non Matter Related | Correspondence | emails | 0.10 | 0.10 | 450.00 Hr | Yes | | $45.00 |
| 02/14/18 | Non Matter Related | Phone Call | tel. Def's counsel | 0.50 | 0.50 | 450.00 Hr | Yes | | $225.00 |
| 02/22/18 | Non Matter Related | Correspondence | emails | 0.20 | 0.20 | 450.00 Hr | Yes | | $90.00 |
| 02/23/18 | Non Matter Related | Correspondence | emails | 0.10 | 0.10 | 450.00 Hr | Yes | | $45.00 |
| 02/26/18 | Non Matter Related | Correspondence | ecf email | 0.10 | 0.10 | 450.00 Hr | Yes | | $45.00 |
| 03/06/18 | Non Matter Related | Consulting | conf. BF re: damages calculation, revw'd time records | 0.50 | 0.50 | 450.00 Hr | Yes | | $225.00 |
| 03/07/18 | Non Matter Related | Consulting | conf. BF re: damages calculation, revw'd & edits to same, revw'd complaint & intake notes | 0.80 | 0.80 | 450.00 Hr | Yes | | $360.00 |

| Date | Matter | Activity | Description | Labor | Total | Rate | Billable | Inv # | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 03/12/18 | Non Matter Related | Review | revw'd damages spreadsheet, drafted email to Def's counsel, research on Mt. Clemens issue where Def doesn't keep accurate time records, tel. Def's counsel re: same | 1.00 | 1.00 | 450.00 Hr | Yes | | $450.00 |
| 03/12/18 | Non Matter Related | Correspondence | emails, revw'd dockets | 0.20 | 0.20 | 450.00 Hr | Yes | | $90.00 |
| 03/13/18 | Non Matter Related | Correspondence | email Def's counsel | 0.10 | 0.10 | 450.00 Hr | Yes | | $45.00 |
| 03/13/18 | Non Matter Related | Correspondence | email | 0.10 | 0.10 | 450.00 Hr | Yes | | $45.00 |
| 03/14/18 | Non Matter Related | Phone Call | tel. Def's atty | 0.40 | 0.40 | 450.00 Hr | Yes | | $180.00 |
| 03/16/18 | Non Matter Related | Correspondence | emails | 0.10 | 0.10 | 450.00 Hr | Yes | | $45.00 |
| 03/21/18 | Non Matter Related | Correspondence | email | 0.10 | 0.10 | 450.00 Hr | Yes | | $45.00 |
| 03/27/18 | Non Matter Related | Consulting | conf. E.Chan, emails re: same | 0.20 | 0.20 | 450.00 Hr | Yes | | $90.00 |
| 04/08/18 | Non Matter Related | Review | revw'd file. conf. E.Chan re: intake notes, damages questions from Def's counsel | 0.30 | 0.30 | 450.00 Hr | Yes | | $135.00 |
| 04/09/18 | Non Matter Related | Correspondence | emails | 0.10 | 0.10 | 450.00 Hr | Yes | | $45.00 |
| 04/10/18 | Non Matter Related | Correspondence | emails to/from E.Chan re: CL questions/facts | 0.20 | 0.20 | 450.00 Hr | Yes | | $90.00 |
| 04/10/18 | Non Matter Related | Correspondence | email Def's counsel | 0.10 | 0.10 | 450.00 Hr | Yes | | $45.00 |
| 04/10/18 | Non Matter Related | Correspondence | emails to/from E.Chan re: CL questions/details on off-the-clock work | 0.20 | 0.20 | 450.00 Hr | Yes | | $90.00 |
| 04/12/18 | Non Matter Related | Correspondence | emails from/to Def's counsel | 0.20 | 0.20 | 450.00 Hr | Yes | | $90.00 |
| 04/12/18 | Non Matter Related | Review | revw'd file, emails to/from E.Chan, notes re: call w/ Def's counsel | 0.50 | 0.50 | 450.00 Hr | Yes | | $225.00 |
| 04/12/18 | Non Matter Related | Phone Call | tel. Def's counsel | 0.40 | 0.40 | 450.00 Hr | Yes | | $180.00 |
| 04/12/18 | Non Matter Related | Correspondence | revw'd emails from Edilma, forwarded pics & forms to Def's counsel | 0.30 | 0.30 | 450.00 Hr | Yes | | $135.00 |
| 04/12/18 | Non Matter Related | Review | revw'd damages spreadsheet, complaint | 0.20 | 0.20 | 450.00 Hr | Yes | | $90.00 |
| 04/17/18 | Non Matter Related | Review | revw'd file | 0.10 | 0.10 | 450.00 Hr | Yes | | $45.00 |
| 04/25/18 | Non Matter Related | Phone Call | tel. Def's atty | 0.40 | 0.40 | 450.00 Hr | Yes | | $180.00 |
| 04/25/18 | Non Matter Related | Correspondence | emails to/from Def's counsel | 0.10 | 0.10 | 450.00 Hr | Yes | | $45.00 |
| 04/25/18 | Non Matter Related | Draft | draft email to translator | 0.20 | 0.20 | 450.00 Hr | Yes | | $90.00 |
| 04/26/18 | Non Matter Related | Review | revw'd damages calculations, email EC re: settlement, questions | 0.30 | 0.30 | 450.00 Hr | Yes | | $135.00 |
| 04/26/18 | Non Matter Related | Review | revw'd file, damages, notes re: same | 0.30 | 0.30 | 450.00 Hr | Yes | | $135.00 |
| 04/26/18 | Non Matter Related | Phone Call | tel. Def's atty | 0.10 | 0.10 | 450.00 Hr | Yes | | $45.00 |
| 04/26/18 | Non Matter Related | Correspondence | email | 0.10 | 0.10 | 450.00 Hr | Yes | | $45.00 |
| 05/01/18 | Non Matter Related | Phone Call | tel. Def's atty | 0.10 | 0.10 | 450.00 Hr | Yes | | $45.00 |
| 05/01/18 | Non Matter Related | Correspondence | email | 0.10 | 0.10 | 450.00 Hr | Yes | | $45.00 |
| 05/01/18 | Non Matter Related | Correspondence | emails to/from Def's atty re: settlement | 0.20 | 0.20 | 450.00 Hr | Yes | | $90.00 |
| 05/01/18 | Non Matter Related | Correspondence | emails, revw'd docket | 0.20 | 0.20 | 450.00 Hr | Yes | | $90.00 |
| 05/02/18 | Non Matter Related | Consulting | conf. E.Chan re: update, settlement negotiations | 0.20 | 0.20 | 450.00 Hr | Yes | | $90.00 |

| Date | Matter | Activity | Description | Labor | Total | Rate | Billable | Inv # | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 05/02/18 | Non Matter Related | Correspondence | emails from/to Def's counsel, revw'd file, notes re: settlement | 0.30 | 0.30 | 450.00 Hr | Yes | | $135.00 |
| 05/02/18 | Non Matter Related | Correspondence | email from E.Chan | 0.10 | 0.10 | 450.00 Hr | Yes | | $45.00 |
| 05/02/18 | Non Matter Related | Correspondence | email Def's counsel | 0.10 | 0.10 | 450.00 Hr | Yes | | $45.00 |
| 05/03/18 | Non Matter Related | Correspondence | emails to/from Def's counsel re: settlement | 0.30 | 0.30 | 450.00 Hr | Yes | | $135.00 |
| 05/03/18 | Non Matter Related | Review | revw'd ltr. to court, emails re: same | 0.10 | 0.10 | 450.00 Hr | Yes | | $45.00 |
| 05/07/18 | Non Matter Related | Phone Call | tel. Def's atty | 0.20 | 0.20 | 450.00 Hr | Yes | | $90.00 |
| 05/07/18 | Non Matter Related | Correspondence | email settlement #s breakdown to translator | 0.20 | 0.20 | 450.00 Hr | Yes | | $90.00 |
| 05/07/18 | Non Matter Related | Phone Call | tel. translator | 0.10 | 0.10 | 450.00 Hr | Yes | | $45.00 |
| 05/07/18 | Non Matter Related | Correspondence | emails to/from translator | 0.20 | 0.20 | 450.00 Hr | Yes | | $90.00 |
| 05/08/18 | Non Matter Related | Phone Call | tel. Def's atty | 0.10 | 0.10 | 450.00 Hr | Yes | | $45.00 |
| 05/08/18 | Non Matter Related | Correspondence | email Def's atty | 0.10 | 0.10 | 450.00 Hr | Yes | | $45.00 |
| 05/08/18 | Non Matter Related | Correspondence | emails to/from Def's atty | 0.20 | 0.20 | 450.00 Hr | Yes | | $90.00 |
| 05/09/18 | Non Matter Related | Phone Call | tel. Def's counsel | 0.20 | 0.20 | 450.00 Hr | Yes | | $90.00 |
| 05/09/18 | Non Matter Related | Review | revw'd draft ltr. to judge, emails re: same | 0.20 | 0.20 | 450.00 Hr | Yes | | $90.00 |
| 05/10/18 | Non Matter Related | Correspondence | email | 0.10 | 0.10 | 450.00 Hr | Yes | | $45.00 |
| 05/10/18 | Non Matter Related | Draft | revw'd figures & percentages, draft settlement language for agreement, email Def's counsel re: same | 0.40 | 0.40 | 450.00 Hr | Yes | | $180.00 |
| 05/14/18 | Non Matter Related | Correspondence | emails from/to Def's counsel | 0.20 | 0.20 | 450.00 Hr | Yes | | $90.00 |
| 05/15/18 | Non Matter Related | Phone Call | tel. Def's counsel | 0.10 | 0.10 | 450.00 Hr | Yes | | $45.00 |
| 05/15/18 | Non Matter Related | Edit | revw'd & edits to settlement agreement, emails re: same | 0.40 | 0.40 | 450.00 Hr | Yes | | $180.00 |
| 05/23/18 | Non Matter Related | Consulting | conf. JS | 0.10 | 0.10 | 450.00 Hr | Yes | | $45.00 |
| 05/23/18 | Non Matter Related | Review | revw'd file | 0.10 | 0.10 | 450.00 Hr | Yes | | $45.00 |
| 05/23/18 | Non Matter Related | Phone Call | tel. translator | 0.10 | 0.10 | 450.00 Hr | Yes | | $45.00 |
| 05/23/18 | Non Matter Related | Draft | revw'd file & damages spreadsheets, draft motion for approval, emails re: same | 1.00 | 1.00 | 450.00 Hr | Yes | | $450.00 |
| 05/23/18 | Non Matter Related | Correspondence | email from Def's counsel | 0.10 | 0.10 | 450.00 Hr | Yes | | $45.00 |
| 05/24/18 | Non Matter Related | Phone Call | tel. Def's counsel | 0.10 | 0.10 | 450.00 Hr | Yes | | $45.00 |
| 05/24/18 | Non Matter Related | Consulting | conf. translator re: CL meeting | 0.10 | 0.10 | 450.00 Hr | Yes | | $45.00 |
| 05/24/18 | Non Matter Related | Review | revw'd Def's edits to motion for approval, finalized same, emails re: same | 0.20 | 0.20 | 450.00 Hr | Yes | | $90.00 |
| 05/25/18 | Non Matter Related | Correspondence | email translator | 0.10 | 0.10 | 450.00 Hr | Yes | | $45.00 |
| 05/25/18 | Non Matter Related | Correspondence | emails to/from translator | 0.20 | 0.20 | 450.00 Hr | Yes | | $90.00 |
| 05/25/18 | Non Matter Related | Draft | finalized motion for approval, ecf filed same, email Def's counsel re: same | 0.30 | 0.30 | 450.00 Hr | Yes | | $135.00 |
| 06/01/18 | Non Matter Related | Correspondence | ecf email, revw'd file, refiled ltr. to judge stein | 0.20 | 0.20 | 450.00 Hr | Yes | | $90.00 |

| Date | Matter | Activity | Description | Labor | Total | Rate | Billable | Inv # | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 06/12/18 | Non Matter Related | Review | revw'd Order | 0.10 | 0.10 | 450.00 Hr | Yes | | $45.00 |
| 06/12/18 | Non Matter Related | Phone Call | tel. Def's atty | 0.10 | 0.10 | 450.00 Hr | Yes | | $45.00 |
| 06/12/18 | Non Matter Related | Correspondence | email Def's atty | 0.10 | 0.10 | 450.00 Hr | Yes | | $45.00 |
| 06/14/18 | Non Matter Related | Phone Call | tel. Def's counsel | 0.20 | 0.20 | 450.00 Hr | Yes | | $90.00 |
| 06/18/18 | Non Matter Related | Draft | revw'd file, draft ltr. to judge, email to & tel. Def's counsel re: same | 0.40 | 0.40 | 450.00 Hr | Yes | | $180.00 |
| | | | **Total for DAVID HARRISON:** | **27.30** | **28.30** | | | | **$12,685.00** |
| **User : Julie Salwen** | | | | | | | | | |
| 11/07/17 | Non Matter Related | Meeting | w/ J. Sanchez, F. Lijo, E. Chan -- intake, gather facts for complaint | 2.30 | 2.30 | 350.00 Hr | Yes | | $805.00 |
| 11/07/17 | Non Matter Related | Review | file to prepare for client meeting | 0.20 | 0.20 | 350.00 Hr | Yes | | $70.00 |
| 11/07/17 | Non Matter Related | Consulting | w/ DH re: client meeting | 0.20 | 0.20 | 350.00 Hr | Yes | | $70.00 |
| 11/08/17 | Non Matter Related | Consulting | w/ DH re: claims, next steps | 0.40 | 0.40 | 350.00 Hr | Yes | | $140.00 |
| 11/12/17 | Non Matter Related | Review | notes of client meeting on 11/7/17 | 0.20 | 0.20 | 350.00 Hr | Yes | | $70.00 |
| 11/12/17 | Non Matter Related | Draft | summary of client meeting for DH | 0.30 | 0.30 | 350.00 Hr | Yes | | $105.00 |
| 11/12/17 | Non Matter Related | Correspondence | Formulate questions to be asked of clients and email E. Chan w/ same | 0.20 | 0.20 | 350.00 Hr | Yes | | $70.00 |
| 11/12/17 | Non Matter Related | Consulting | w/ DH | 0.10 | 0.10 | 350.00 Hr | Yes | | $35.00 |
| 11/13/17 | Non Matter Related | Review | email from E. Chan and clients' answers to questions | 0.10 | 0.10 | 350.00 Hr | Yes | | $35.00 |
| 11/20/17 | Non Matter Related | Correspondence | email w/ DH | 0.10 | 0.10 | 350.00 Hr | Yes | | $35.00 |
| 11/24/17 | Non Matter Related | Edit | Complaint | 0.70 | 0.70 | 350.00 Hr | Yes | | $245.00 |
| 11/24/17 | Non Matter Related | Review | notes of case, consents, and retainer | 0.10 | 0.10 | 350.00 Hr | Yes | | $35.00 |
| 11/24/17 | Non Matter Related | Correspondence | email DH re: complaint | 0.10 | 0.10 | 350.00 Hr | Yes | | $35.00 |
| 11/27/17 | Non Matter Related | Consulting | w/ DH | 0.10 | 0.10 | 350.00 Hr | Yes | | $35.00 |
| 05/23/18 | Non Matter Related | Consulting | w/ DH | 0.10 | 0.10 | 350.00 Hr | Yes | | $35.00 |
| | | | **Total for Julie Salwen:** | **5.20** | **5.20** | | | | **$1,820.00** |
| **User : Law Clerk /Paralegal** | | | | | | | | | |
| 01/18/18 | Non Matter Related | Process Server | served JJR | 0.00 | 1.00 | 77.47 Exp | | | $77.47 |
| 03/07/18 | Non Matter Related | Review | Reviewed pay stubs and created comprehensive damage spreadsheet | 2.00 | 2.00 | 150.00 Hr | Yes | | $300.00 |
| | | | **Total for Law Clerk /Paralegal:** | **2.00** | **3.00** | | | | **$377.47** |
| | | | **Total for JRR Contracting:** | **34.50** | **36.50** | | | | **$14,882.47** |
| | | | **Grand Total:** | **34.50** | **36.50** | | | | **$14,882.47** |