USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/2/18

Page 9 of 9

UNITED STATES DISTRICT COURT
SOUTHER DISTRICT OF NEW YORK
------------------------------------------------------------X
JOVANNY SANCHEZ, et al.

                              Plaintiffs,

      -against-                                  Case No.: 17-CV-09997 (SHS)(KHP)

JRR CONTRACTING INC., et al.            **ORDER OF VOLUNTARY**
                                                          **DISMISSAL WITH PREJUDICE**
                               Defendants.
------------------------------------------------------------X

        Upon the joint application of the plaintiffs and the defendants, by their respective counsel, for entry of an Order of Voluntary Dismissal with Prejudice approving the parties' negotiated settlement in the above-captioned action, and the parties having consented to the entry of this Order; and sufficient cause appearing for the same; after due deliberation; it is

        HEREBY ORDERED AS FOLLOWS:

        1.    The parties' settlement agreement has been negotiated in good faith and at arm's length by the parties through their respective counsel;

        2.    The settlement agreement is approved as a fair and reasonable disposition of the plaintiffs' claims asserted pursuant to the Fair Labor Standards Act; and

        3.    Accordingly, this action, and all of the claims asserted herein, is hereby dismissed in its entirety with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. The Court shall retain jurisdiction over this matter solely to enforce the settlement agreement.

Dated: New York, New York
       July 2, 2018

SO ORDERED:

_____
Sidney H. Stein
United States District Court Magistrate Judge

4833-5151-4981, v. 1